1

2

3

4

5

6

7

The Honorable Marsha Pechman

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

10   TODD COLLINS,

11                              Plaintiff,          NO. C08-0238P

12       v.                                         **DEFENDANT'S ANSWER AND
                                                    AFFIRMATIVE DEFENSESTO**
13   GEE WEST SEATTLE, LLC,                         **PLAINTIFF'S CLASS ACTION
                                                    COMPLAINT**
14                              Defendant.

15

16       Gee West Seattle, LLC (hereafter "Gee West Seattle" or "Defendant") answers

17   plaintiffs' Class Action Complaint for Violations of the Warn Act as follows:

18                                    ANSWER

19       1.1    Answering paragraph 1.1, Defendant admits that this case is styled as a

20   putative class action alleging violations of the Worker Adjustment and Retraining Notification

21   Act of 1988, but denies that it acted unlawfully in any way alleged and further denies that this

22   action is appropriate for certification as a class.

23       2.1    Answering paragraph 2.1, Defendant admits this court has subject matter

24   jurisdiction of this action.

25       2.2    Answering paragraph 2.2, Defendant admits venue is proper.

26

DEFENDANT'S ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S CLASS ACTION
COMPLAINT - 1

523353.01

C08-0238P

Ryan, Swanson & Cleveland, PLLC

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359

1    3.1    Answering paragraph 3.1, Defendant admits that it is a Washington limited

2  liability company, but denies all other allegations of this paragraph.

3    3.2    Answering paragraph 3.2, Defendant admits plaintiff was at one time

4  employed by Defendant as a fleet manager.  Defendant denies all other allegations of this

5  paragraph.

6    4.1    Answering paragraph 4.1, Defendant admits it purchased the West Seattle auto

7  dealerships in January 2007.

8    4.2    Answering paragraph 4.2, Defendant admits it closed its West Seattle auto

9  dealerships.  Defendant denies that the closure resulted in the termination of the employment

10  of essentially all its employees.

11    4.3    Answering paragraph 4.3, Defendant denies it was obligated to provide 60

12  days' notice.

13    5.1    Answering paragraph 5.1, Defendant denies.

14    5.2    Answering paragraph 5.2, Defendant denies class certification is appropriate.

15    5.3    Answering paragraph 5.3, Defendant denies.

16    5.4    Answering paragraph 5.4, Defendant denies, and denies class certification is

17  appropriate.

18    5.5    Answering paragraph 5.5, Defendant denies, and denies class certification is

19  appropriate.

20    5.6    Answering paragraph 5.6, Defendant denies class certification is appropriate.

21  Defendant is without sufficient information to form a belief as to the truth of the remaining

22  allegations, and therefore denies.

23    5.7    Answering paragraph 5.7, Defendant denies class certification is appropriate.

24  Defendant is without sufficient information to form a belief as to the truth of the remaining

25  allegations, and therefore denies.

26

DEFENDANT'S ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S CLASS ACTION
COMPLAINT - 2

C08-0238P

523353.01

Ryan, Swanson & Cleveland, PLLC

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359

1    5.8    Answering paragraph 5.8, Defendant denies class certification is appropriate.

2  Defendant is without sufficient information to form a belief as to the truth of the remaining

3  allegations, and therefore denies.

4    5.9    Answering paragraph 5.9, Defendant denies.

5    5.10    Answering paragraph 5.10, Defendant denies class certification is appropriate.

6  Defendant is unaware of any other pending litigation involving the same claims or putative

7  class.

8    5.11    Answering paragraph 5.11, Defendant denies.

9    5.12    Answering paragraph 5.12, Defendant denies class certification is appropriate.

10  Defendant is without sufficient information to form a belief as to the truth of the remaining

11  allegations, and therefore denies.

12    6.1    Answering paragraph 6.1, Defendant incorporates its responses above.

13    6.2    Answering paragraph 6.2, Defendant denies.

14    6.3    Answering paragraph 6.3, Defendant denies.

15    6.4    Answering paragraph 6.4, Defendant denies.

16    6.5    Answering paragraph 6.5, Defendant denies.

17    6.6    Answering paragraph 6.6, Defendant denies.

18                          AFFIRMATIVE DEFENSES

19    FURTHER, AND BY WAY OF affirmative defenses, Defendant alleges the following

20  on knowledge and/or information and belief:

21    1.    Plaintiff lacks standing to bring this action;

22    2.    Plaintiff has failed to state a claim upon which relief can be granted;

23    3.    Waiver;

24    4.    Estoppel;

25    5.    Set off;

26

DEFENDANT'S ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S CLASS ACTION
COMPLAINT - 3
                          C08-0238P
523353.01

Ryan, Swanson & Cleveland, PLLC
────────────────────────────────
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359

6.     Failure to mitigate.

Defendant reserves the right to assert further affirmative defenses which may develop during the course of litigation.

PRAYER FOR RELIEF

WHEREFORE, having fully answered the Complaint, Defendant Gee West Seattle prays for:

1.     Dismissal of all claims with prejudice and with costs and attorneys' fees taxed against plaintiff;

2.     For judgment against plaintiff and/or plaintiff's counsel for costs, expenses and reasonable attorneys' fees incurred by Defendant pursuant to 29 U.S.C. § 2104(a)(6);

3.     For such other and further relief as to the Court seems just and fair.

DATED this 25th day of April, 2008.

RYAN, SWANSON & CLEVELAND, PLLC

By _____
Richard P. Lentini
WSBA #18086
Attorneys for Defendant

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Telephone: (206) 464-4224
Facsimile: (206) 583-0359
lentini@ryanlaw.com

DEFENDANT'S ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S CLASS ACTION
COMPLAINT - 4

C08-0238P

523353.01

Ryan, Swanson & Cleveland, PLLC

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2008, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Michael C. Subit
    Frank Freed Subit & Thomas
    705 Second Avenue, Suite 1200
    Seattle, WA 98104-1798

DATED this 25th day of April, 2008.

_____
Marcia M. Jacobson

DEFENDANT'S ANSWER AND AFFIRMATIVE
DEFENSES TO PLAINTIFF'S CLASS ACTION
COMPLAINT - 5

C08-0238P

523353.01

Ryan, Swanson & Cleveland, PLLC

1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
phone 206.464.4224 | fax 206.583.0359