UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TODD COLLINS, et al.,

    Plaintiffs,

v.

GEE WEST SEATTLE LLC

    Defendant.

Case No. C08-0238MJP

MINUTE ORDER

The following Minute Order is made and entered on the docket at the direction of the Court, the Honorable Marsha J. Pechman, United States District Judge:

The Court has received and reviewed the parties' joint motion for entry of judgment per Rule 58. (Dkt. No. 39.) The Court GRANTS the parties' motion and directs the Clerk to enter judgment accordingly.

DATED this 23rd day of November, 2009.

                BRUCE RIFKIN, Clerk
                By /s/ Mary Duett,
                Deputy Clerk